Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

MIRANDA TSAI        8308-0
GARY P. QUIMING     8822-0
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email:    mtsai@awlaw.com; gquiming@awlaw.com

Attorneys for Lessor
FORD MOTOR CREDIT COMPANY
LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>HELEN DOYLE PEIL aka<br>HELEN PEIL BAKER,<br><br>   Debtor. | ) CASE NO. 11-00129<br>) (Chapter 7)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the law firm of Ashford & Wriston A Limited Liability Law Partnership LLP hereby enters its appearance on behalf of creditor FORD MOTOR CREDIT COMPANY LLC pursuant to Rule 9010(b) of the Bankruptcy Rules and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

917630.01

MIRANDA TSAI, ESQ.
GARY P. QUIMING, ESQ.
Ashford & Wriston
1099 Alakea Street
Alii Place, Suite 1400
Honolulu, Hawaii 96813
Telephone No. (808) 539-0400
Telecopier No. (808) 533-4945
Email: mtsai@awlaw.com; gquiming@awlaw.com

DATED: Honolulu, Hawaii; January 28, 2011.

/s/ Miranda Tsai
_____
MIRANDA TSAI
GARY P. QUIMING
Attorneys for Lessor
  FORD MOTOR CREDIT COMPANY LLC

917630.01