Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

MIRANDA TSAI    8308-0
GARY P. QUIMING    8822-0
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email:    mtsai@awlaw.com; gquiming@awlaw.com

Attorneys for Lessor
FORD MOTOR CREDIT COMPANY LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>HELEN DOYLE PEIL aka<br>HELEN PEIL BAKER,<br><br>        Debtor. | ) CASE NO. 11-00129<br>) (Chapter 7)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 28, 2011, a copy of *Notice of Appearance of Counsel and Request for Notice* was duly served electronically by the U.S. Bankruptcy Court and/or by depositing said copies in the United States mail, postage prepaid, to the following parties in the manner so indicated:

917630.01

1

Helen Doyle Peil
P. O. Box 37066
Honolulu, HI 96837

Via US mail

Debtor

Gregory T. Dunn, Esq.
Davies Pacific Center
841 Bishop Street, Suite 2221
Honolulu, Hawaii 96813

ECF: gregdunn1@hawaiiantel.net

Attorney for Debtor

Richard A. Yanagi
1136 Union Mall, Suite 303
Honolulu, HI 96813

ECF: yanagichap7@gmail.com

Trustee

Office of the United States Trustee
First Hawaiian Tower
1132 Bishop Street, Suite 602
Honolulu, Hawaii 96813

ECF: ustpregion15.hi.ecf@usdoj.gov

DATED: Honolulu, Hawaii; January 28, 2011.

_____
MIRANDA TSAI
GARY P. QUIMING
Attorneys for Lessor
 FORD MOTOR CREDIT COMPANY LLC

917630.01

2